RECEIVED
IN LAKE CHARLES, LA

FEB - 9 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| RANDY MCDONALD | : | DOCKET NO. 2:05 CV 1448 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| BURL CAIN, WARDEN | : | MAGISTRATE JUDGE WILSON |

## ORDER

Having considered the petitioner's Motion to Recuse [doc. 4],

IT IS ORDERED that the undersigned is hereby recused from this case.

IT IS FURTHER ORDERED that the Clerk of Court send this case to Chief Judge Haik for reassignment.

Lake Charles, Louisiana, this ___ day of February, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

cc: Judge Haik